## STATE of Missouri, Respondent,

v.

## Lonzo BARBER, Appellant.

### No. 60804.

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 3, 1992.

John Klosterman, Jeannie Arterburn, St. Louis, for appellant.

William L. Webster, Atty. Gen., Joan F. Edwards, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Appellant Lonzo Barber (Defendant) appeals from his conviction for kidnapping and first degree robbery. We affirm per Rule 84.16(b). The verdict is supported by the evidence, and no error of law appears. An opinion would have no precedential value. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

---

## In re MARRIAGE OF Eugene E. WILSON and Madonna M. Wilson.

### Eugene E. WILSON, Petitioner/Respondent,

v.

### Madonna M. WILSON, Respondent/Appellant.

### No. 61241.

Missouri Court of Appeals,
Eastern District,
Southern Division.

Nov. 3, 1992.

Patricia Ann Riehl, Hollingsworth & Associates, Hillsboro, for respondent/appellant.

William B. Beedie, Farmington, for petitioner/respondent.

### ORDER

PER CURIAM.

This is an appeal from the trial court's judgment in a dissolution case. The trial court's judgment is supported by substantial evidence and is not against the weight of the evidence. No error of law appears. *Murphy v. Carron*, 536 S.W.2d 30, 32 (Mo. banc 1976).

An opinion reciting the detailed facts and restating the principles of law would have no precedential value. The parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with Rule 84.16(b).